AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Louis Pachuca Romero, Anayeli Garcia,
*Plaintiff*s
v.
National general Insurance Company, Integon National Insurance Company, Integon Indemnity Corporation, National General Insurance Marketing, Inc., Fuerza Latina Insurance, John Does nos. 1-100,
*Defendant(s)*

Civil Action No.     2:22-cv-04667-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiffs, Louis Pachuca Romero, Anayeli Garcia, shall take nothing of Defendants, National general Insurance Company, Integon National Insurance Company, Integon Indemnity Corporation, National General Insurance Marketing, Inc., Fuerza Latina Insurance, John Does nos. 1-100, as to the complaint filed pursuant to 28 U.S.C. § 1446 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C Norton United States District Judge, presiding.

Date:  March 28, 2023

*ROBIN L. BLUME, CLERK OF COURT*

*s/H.Cornwell*

*Signature of Clerk or Deputy Clerk*